UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31813 |
|---|---|
| COLBURN LEE WHITE | (Chapter 13) |
| JOANN WHITE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055435**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 48 | WELLS FARGO BANK<br>%RUSHMORE LOAN MGT SVCS<br>15480 LAGUNA CANYON RD<br>IRVINE, CA  92618 | 4,421.50 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service          06-31813

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

COLBURN LEE WHITE
JOANN WHITE
130 MOUND AVENUE
MIAMISBURG, OH  45342

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(50.1n)
EMERSON R KECK
15 W FOURTH ST   STE 100
DAYTON, OH  45402

(49.1n)
FAYE D ENGLISH
REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA
P. O. BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(33.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(42.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(47.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(34.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

(48.1)
WELLS FARGO  BANK
%RUSHMORE LOAN MGT SVCS
15480 LAGUNA CANYON RD
IRVINE, CA  92618

(48.3)
WELLS FARGO BANK NA
%RUSHMORE LOAN MANAGEMENT SERVICES LLC
7515 IRVINE CENTER DRIVE
IRVINE, CA  92618

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv